# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 23-160-GW-RAOx | Date | July 18, 2023 |
|---|---|---|---|
| Title | *Charles De Matteis v. FedEx Ground Package System, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

A Joint Notice of Settlement was filed on July 17, 2023. The Court hereby vacates all currently set dates, with the expectation that a dismissal will be filed within 21 days. The Court now sets an order to show re: settlement hearing for August 10, 2023 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on August 8, 2023.

                                                                                     :

Initials of Preparer     JG