**JML LAW**
A PROFESSIONAL LAW CORPORATION
5855 TOPANGA CANYON BLVD., SUITE 300
WOODLAND HILLS, CALIFORNIA 91367
Tel: (818) 610-8800
Fax: (818) 610-3030

ERIC M. GRUZEN [SBN. 222448]
egruzen@jmllaw.com
CHRISTINA R. MANALO [SBN. 297718]
christina@jmllaw.com

Attorneys for Plaintiff
**CHARLES DE MATTEIS**

Brandy T. Cody (SBN 196923)
E-Mail: bcody@fisherphillips.com
Amy J. Choe (SBN 299870)
E-Mail: achoe@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone: (213) 330-4500
Facsimile: (213) 330-4501

Attorneys for Defendant
**FEDEX GROUND PACKAGE SYSTEM, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DE MATTEIS, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and DOES 1 through 50, inclusive;<br><br>Defendants. | Case No. 2:23-cv-00160-GW-RAO<br>(*Assigned for all purposes to the District Judge George H. Wu Magistrate Judge Rozella A. Oliver*)<br><br>**JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**<br><br>**[FED. R. CIV. P. 41(a)]** |

**TO THE HONORABLE COURT:**

Plaintiff CHARLES DE MATTEIS ("Plaintiff") and Defendant FEDEX GROUND PACKAGE SYSTEM, INC., ("Defendants") (collectively, the "Parties"), by and through their counsel of record herein, hereby stipulate and agree as follows:

WHEREAS, pursuant to Federal Rule of Civil Procedure 41(a), the Parties agree that Plaintiff's Complaint and this entire action can and should be dismissed with prejudice.

WHEREAS, the Parties request that the District Court retain jurisdiction to enforce the settlement.

THEREFORE, subject to the approval of the Court, the Parties stipulate and agree that Plaintiff's Complaint and this entire action shall be and hereby is dismissed with prejudice, and that each party shall bear his and its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO STIPULATED.**

DATED:     August 7, 2023          JML LAW, A Professional Law Corporation


                                   By: */s/ Christina R. Manalo*_____
                                        ERIC M. GRUZEN
                                        CHRISTINA R. MANALO
                                        Attorneys for Plaintiff

DATED: August 7, 2023　　FISHER & PHILLIPS LLP

By: /s/*Amy J. Choe*_____
　　Brandy T. Cody
　　Amy J. Choe
　　Attorneys for Defendant