JS-6

**JML LAW**
A Professional Law Corporation
5855 Topanga Canyon Blvd., Suite 300
Woodland Hills, California 91367

ERIC M. GRUZEN [SBN. 222448]
egruzen@jmllaw.com
CHRISTINA R. MANALO [SBN. 297718]
christina@jmllaw.com

Attorneys for Plaintiff
**CHARLES DE MATTEIS**

Brandy T. Cody (SBN 196923)
E-Mail:  bcody@fisherphillips.com
Amy J. Choe (SBN 299870)
E-Mail:  achoe@fisherphillips.com
FISHER & PHILLIPS LLP
444 South Flower Street, Suite 1500
Los Angeles, California 90071
Telephone:  (213) 330-4500
Facsimile:  (213) 330-4501

Attorneys for Defendant
**FEDEX GROUND PACKAGE SYSTEM, INC.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES DE MATTEIS, an individual;<br><br>         Plaintiff,<br><br>    vs.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware corporation; and DOES 1 through 50, inclusive;<br><br>         Defendants. | Case No. CV 23-160-GW-RAOx<br>*(Assigned for all purposes to the District Judge George H. Wu Magistrate Judge Rozella A. Oliver)*<br><br>**ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE** |

1

[PROPOSED] ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE

Plaintiff **CHARLES DE MATTEIS** ("Plaintiff") and Defendant **FEDEX GROUND PACKAGE SYSTEM, INC.** ("Defendant") (collectively, the "Parties") submitted a Joint Stipulation Dismissing Action with Prejudice.

The Court, having read and considered the Parties' Joint Stipulation Dismissing Action with Prejudice, and good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Complaint and this entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).
2. The District Court retains jurisdiction to enforce the settlement agreement.
3. Each party shall bear its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO ORDERED.**

Dated: August 7, 2023

_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE